APPENDIX G

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Jeanette Scicchitano-Smith, et al.       :
                                          :
                                          :
            V.                            :      Civil Action
Spectrum Brands, Inc. et al.              :      No:  2:21-cv-04983-HB
                                          :

DISCLOSURE STATEMENT FORM

Please check one box:

☐  The nongovernmental corporate party, _____, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☑  The nongovernmental corporate party, Spectrum Brands Pet Group, Inc., in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

Spectrum Brands Pet Group, Inc. is wholly-owned by Spectrum Brands, Inc., which in turn, is a wholly-owned, indirect subsidiary of Spectrum Brands Holdings, Inc. which is a publicly traded company.


11/16/2021                                  *Tiffany M. Alexander*
Date                                        Signature

                    Counsel for:  Spectrum Brands, Inc.


**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
   (a)   WHO MUST FILE; CONTENTS.  A nongovernmental corporate party must file two copies of a disclosure statement that:
         (1)   identifies any parent corporation and any publicly held corporation owning 10% or more of its stock;  or

         (2)   states that there is no such corporation.

   (b)  TIME TO FILE; SUPPLEMENTAL FILING.  A party must:
         (1)   file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and
         (2)   promptly file a supplemental statement if any required information changes.