IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEANETTE SCICCHITANO SMITH, et al. | : : : | CIVIL ACTION |
| V. | : : | NO. 21-4983 |
| SPECTRUM BRANDS, INC., et al. | : | |

ORDER

AND NOW, this 10th day of August, 2022, as set forth in the foregoing memorandum, it is hereby ORDERED that the motion of defendants Spectrum Brands Inc., Spectrum Brands Pet Groups Inc., and United Pet Group Inc. to exclude the expert opinions of Christoph Flaherty (Doc. #32) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
_____
J.