```
        IN THE UNITED STATES DISTRICT COURT FOR
          THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| JEANETTE SCICCHITANO SMITH, et al. | : | CIVIL ACTION |
| | : | |
| V. | : | NO. 21-4983 |
| | : | |
| SPECTRUM BRANDS, INC., et al. | : | |

<u>ORDER</u>

AND NOW, this 17th day of August, 2022, as set forth in the foregoing memorandum, it is hereby ORDERED that:

(1) The motion of defendants Spectrum Brands Inc., Spectrum Brands Pet Groups Inc., and United Pet Group Inc. (collectively "Spectrum Brands") for summary judgment (Doc. #33) is GRANTED in part and DENIED in part.

(2) Summary judgment is granted in favor of defendants Spectrum Brands and against plaintiffs Jeanette Scicchitano Smith and Alexander Smith on Count I insofar as plaintiffs seek to hold defendants strictly liable under a failure to warn theory.

(3) Summary judgment is granted in favor of defendants Spectrum Brands and against plaintiffs Jeanette Scicchitano and Alexander Smith on Count III for breach of warranty.

(4)  The motion of defendants Spectrum Brands for summary judgment is otherwise DENIED.

BY THE COURT:

/s/ Harvey Bartle III

_____

J.