IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEANETTE SCICCHITANO SMITH, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SPECTRUM BRANDS, INC., et al. | : | NO. 21-4983 |

ORDER

AND NOW, this 7th   day of September, 2022, it having been reported to the court that the issues between the plaintiff and defendants have been settled and pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is hereby ORDERED that this action is DISMISSED with prejudice and without costs.

BY THE COURT:

/s/ Harvey Bartle III
                                                                  J.